IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KELLIE C. KUCERA, CHARLES KUCERA, individually and as parent and natural guardian of KELLIE C. KUCERA,** | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) 2:08cv810<br>) Electronic Filing |
| **SOUTH ALLEGHENY SCHOOL DISTRICT; LIBERTY BOROUGH, PENNSYLVANIA; LUKE RILEY, Police Chief of Liberty Borough, Pennsylvania and President of South Allegheny School Board in his individual capacity; NICK CAITO, in his individual capacity; and JAY LEGIN, in his individual capacity,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MEMORANDUM ORDER

AND NOW, this 28th day of July, 2008, upon due consideration of plaintiff's motion to remand and defendants' response in opposition thereto, IT IS ORDERED that the Clerk of Court remand this action to the Court of Common Pleas of Allegheny County forthwith.

As Judge Squatrito recently observed in Edelman v. Page, 535 F. Supp.2d 290, Judge Pollock's 1978 opinion in Sicinski v. Reliance Funding Corp., 461 F. Supp. 1143 (S.D. N.Y. 1978) "has been called into question by a number of courts" and its approach "is contrary to the overwhelming weight of authority requiring that each defendant independently notify the court of its consent" to removal within the thirty day period. Edelman, 535 F.3d 294 (quoting Sansone v. Morton Mach. Works, Inc., 188 F. Supp.2d 182, 185 (D.R.I. 2002)). Furthermore, defendants' reliance on the wherefore clause is misplaced because that clause is insufficient to establish that each defendant had specifically joined in and consented to the removal. Compare Edelman, 295 n. 2 (noting that the majority approach holds that each defendant must inform the court of its consent to removal prior to the expiration of the thirty day period). There being no sound basis for exempting defendants from the rule of unanimity, the entry of an order of

remand is appropriate.

                               s/ David Stewart Cercone
                               David Stewart Cercone
                               United States District Judge

cc:     Samuel J. Cordes, Esquire
         Ogg Cordes Murphy & Ignelzi
         245 Fort Pitt Boulevard
         Fourth Floor
         Pittsburgh, PA 15222

         Anthony G. Sanchez, Esquire
         Andrews & Price
         Suite 506
         1500 Ardmore Boulevard
         Pittsburgh, PA 15221

         Mark R. Hamilton, Esquire
         Philip J. Sbrolla, Esquire
         Cipriani & Werner PC
         Suite 700
         650 Washington Road
         Pittsburgh, PA 15228